AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| JOSH HAYES, Individually and as PERSONAL REPRESENTATIVE OF THE ESTATE OF KIM HAYES, deceased, JOHNNY HAYES and DONNA HAYES <br> *Plaintiff(s)* <br> v. <br> RICHARDSON ENTERPRISES, INC., and MICHAEL BUENROSTRO <br> *Defendant(s)* | Civil Action No. 2:20-cv-0041 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RICHARDSON ENTERPRISES, INC.
c/o Ricky N. Richardson
20250 CR 2115
Troup, TX 75789

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael C. Smith
Siebman, Forrest, Burg & Smith, LLP
113 East Austin Street
Marshall, Texas 75670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/28/2020

C. Hinton

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-00041-JRG-RSP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  RICHARDSON ENTERPRISES, INC.
was received by me on *(date)*  03/02/2020  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Ricky N. Richardson, Registered Agent  , who is
designated by law to accept service of process on behalf of *(name of organization)*  RICHARDSON *
at 2804 Hwy 31 E, Kilgore, TX 75662  on *(date)*  03/04/2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/04/2020

*Marcus J Collins* (signature)
*Server's signature*

Marcus J Collins Process Server PSC-2147, Exp 7/31/2020
*Printed name and title*

110 N College Ave #1002
Tyler, TX 75702
*Server's address*

Additional information regarding attempted service, etc:
* ENTERPRISES, INC.
I endorsed the date of delivery thereon.
Delivered at 10:30 a.m.