AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| JOSH HAYES, Individually and as PERSONAL REPRESENTATIVE OF THE ESTATE OF KIM HAYES, deceased, JOHNNY HAYES and DONNA HAYES<br><br>*Plaintiff(s)*<br><br>v.<br><br>RICHARDSON ENTERPRISES, INC., and MICHAEL BUENROSTRO<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:20-cv-0041 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL BUENROSTRO
Gregg County Sheriff's Office
101 East Methvin Suite 559
Longview, Texas 76501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael C. Smith
Siebman, Forrest, Burg & Smith, LLP
113 East Austin Street
Marshall, Texas 75670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/28/2020

*C. Hutton*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-0041

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* Certified Mail, Return Receipt Requested
7018 1830 0000 4585 5373
Michael Buenrostro, Gregg County Sheriff's Office, 101 E. Methvin, Ste. 559
Longview, TX 76501

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/2020 _____

_____
*Server's signature*

Michael E. Carr, Attorney at Law
*Printed name and title*

4416 S. Harvard Ave., Tulsa, OK 74135
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

22187

7018 1830 0000 4585 5373

Postmark Here — MAR -2 2020 — TULSA, OK 74135-9998 SHERIDAN STATION

KH OFFICIAL USE

Sent To: Michael Buenrostro
Gregg County Sheriff's Office
Street: 101 East Methvin, Ste. 559
City, State, ZIP+4: Longview, TX 75601

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Buenrostro
Gregg County Sheriff's Office
101 East Methvin, Str. 559
Longview, TX 75601

9590 9402 5171 9122 6668 59

2. Article Number (Transfer from service label)
7018 1830 0000 4585 5373

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Darrell Cook
C. Date of Delivery: 3-5
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt